874

CHARLES SMITHLING, as Administrator of the Estate of HENRY
SMITHLING, Deceased, Appellant, *v.* SIMON GOLDMAN, as
Executor of ISAAC GOLDMAN, Deceased, Respondent.

Argued February 25, 1955; decided March 11, 1955.

*Warner M. Bouck* and *Samuel M. Hesson* for appellant.
*Daniel Scanlon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.